Appeal dismissed November 12, 1952, on ground there was no final or appealable order.

### PURE OIL COMPANY v. Fred C. SPROUL et al.
### No. 4522.

United States Court of Appeals
Tenth Circuit.

Nov. 13, 1952.

Ben A. Harper, Chicago, Ill., and Goppert & Fitzstephens, Cody, Wyo., for appellant.

Edward E. Murane and R. R. Bostwick, Casper, Wyo., for appellees.

Before PHILLIPS, Chief Judge, and HUXMAN and PICKETT, Circuit Judges.

PER CURIAM.

Reversed and remanded November 13, 1952, by agreement of the parties, without opinion.

### Bernard M. SHOTKIN, Also Known as Barney M. Shotkin, etc., v. GENERAL ELECTRIC COMPANY.
### No. 4504.

United States Court of Appeals
Tenth Circuit.

Nov. 12, 1952.

Walter F. Dodd, Chicago, Ill., for appellant.

Grant, Shafroth & Toll and Akolt, Campbell, Turnquist & Shepherd, Denver, Colo., for appellee.

Before PHILLIPS, Chief Judge, and BRATTON and PICKETT, Circuit Judges.

PER CURIAM.

Appeal dismissed November 12, 1952, on ground there was no final or appealable order.

### Jim Dowling STRINGER v. Walter A. HUNTER, Warden, United States Penitentiary, Leavenworth, Kansas.
### No. 4555.

United States Court of Appeals
Tenth Circuit.

Oct. 7, 1952.

William Tinker, Wichita, Kan., for appellant.

Eugene W. Davis, U. S. Atty., and Ernest J. Rice, Asst. U. S. Atty., Topeka, Kan., for appellee.

Before PHILLIPS, Chief Judge, and BRATTON and HUXMAN, Circuit Judges.

PER CURIAM.

Appeal dismissed on October 7, 1952, on motion of appellee, on ground appeal is moot.

### George Earl TOOLSON, Appellant, v. NEW YORK YANKEES, Inc. et al., Appellees.
### No. 13228.

United States Court of Appeals
Ninth Circuit.

Dec. 12, 1952.

Harry W. T. Ross, Gene M. Harris and Howard C. Parke, Santa Barbara, Cal., for appellant.

Norman S. Sterry, Henry F. Prince, Frederic H. Sturdy and Gibson, Dunn & Crutcher, Los Angeles, Cal., for appellees.

Victor Ford Collins, Los Angeles, Cal., for appellee Hollywood Baseball Ass'n.

Before MATHEWS, HEALY and POPE, Circuit Judges.

PER CURIAM.

On the grounds and for the reasons stated in its opinion, Toolson v. New York Yankees, D.C.S.D.Cal., 101 F.Supp. 93, the order of the District Court is affirmed.